UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KENNETH M. ZINK,**

    **Plaintiff,**

**v.**                                       **Case No.  4:25-cv-96-TKW-MAF**

**CONSUELO ROBINSON,**

    **Defendant.**

                                   /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15) and Plaintiff's objections (Doc. 18).  The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed (1) for failure to state a claim on which relief may be granted and (2) based on res judicata because the claims asserted in the second amended complaint were the subject of a prior case that was dismissed on the merits

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted and based on res judicata.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 28th day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**